FILED
IN THIS OFFICE

Rev. 6/03

2015 SEP 28 PM 2: 23

CLERK US DISTRICT COURT
GREENSBORO, N.C.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Pro se [Non-prisoner] Complaint Form

Alisha T. Parms
(Your Name)
Plaintiff,

v.

YWCA of Winston-Salem/Forsyth Co.

Defendant(s).

Civil Action No. 1:15CV796
(to be assigned by the Clerk)

COMPLAINT

I. JURISDICTION

Employment discrimination; Wrongful termination; Retaliation

II. PARTIES

A. Plaintiff

Name of Plaintiff: Alisha T. Parms
Address: 348 Strickland Avenue
Winston-Salem, NC 27101

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant: YWCA of Winston-Salem/Forsyth Co.
Current Address: 313 Indera Mills Court
Winston-Salem, NC 27101

C.  Additional Defendants (please provide the same information for each defendant as listed in Item B above):

Nancy Majcher
Tim Browder
Kim Oliver
Kristin O'Leary
Greg Ragg
Christy Respess - CEO

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

The YWCA has sought to become a White Supremacist organization from racial intimidation via leadership, professional acuity, skill sets & capabilities of African American staff. African American staff are not permitted to hold positions of authority that would yield them to challenging the authority of Caucasian employees. In such that all parties mentioned above banded together to prevent me from obtaining a higher level position, in which I was seeking to work alongside of Nancy Majcher (my previous supervisor), instead of beneath her. The fear of being exposed for their lack of acuity, formed in allegiance to Nancy Majcher, having all parties conspire against

Case 1:15-cv-00796-CCE-JLW   Document 2   Filed 09/28/15   Page 2 of 4

III. STATEMENT OF CLAIM - continued.

me for said violations (e-mail, unproffessional conduct) that was also being performed by Caucasian employees, yet those employees were not terminated like myself. The YMCA stated that I was terminated due to e-mail misconduct, yet I could not recall any offenses, nor was I permitted to view those e-mails. In consideration to that violation I was told that I would not be considered for an alternate position in regards to software implements (which was said to have caused my position to be eliminated) yet all of my prior responsibilities were given to a white employee, being also shared by an additional white employee. The YMCA has marked my termination behind the new software implementation, indicating that I was not apt to perform when it was I that held the most acuity between all parties mentioned. And the violations claimed to be committed by me were actually being committed by Caucasian employees that faced no reprimand of termination; i.e. e-mail privacy violations, racial slipping, employment & wage discrimination, policy violations to behavior & conduct, fraudulent activities, etc. Yet none of those Caucasian employees were reprimanded or terminated, still committing violations to date w/o recourse of action.

IV. RELIEF

State briefly and exactly what relief you want from this court. I seek to obtain Punitive damages no less than $250,000 for wrongful termination, discrimination, retaliation, as well as defamation of character

Signed this 28 day of September, 2015.

*Signature of plaintiff*

348 Hickland Avenue
*Address*

Winston-Salem, NC 27127

(336) 757-9993
*Telephone number*